| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Andrew E. Smyth, Esq. (SBN 60030)<br>Stephen S. Smyth, Esq. (SBN 248433)<br>William J. Smyth, Esq. (SBN 265374)<br>SW SMYTH LLP<br>4929 Wilshire Blvd, Suite 690<br>Los Angeles, CA 90010<br>Tel: 323-933-8401  Fax: 323-933-6089<br>e-mail: office@smythlo.com | |
| ☐ Individual appearing without attorney<br>☑ Attorney for: Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Jonathan L Jones<br><br><br><br><br><br>Debtor(s). | CASE NO: 2:21-bk-14596-NB<br>CHAPTER  13<br><br>**NOTICE OF MOTION AND MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE**<br><br>(with supporting declarations)<br><br>DATE:         06/29/2021<br>TIME:         10: 00 a.m.<br>COURTROOM: 1545<br>PLACE:        255 E. Temple St., Los Angeles, Ca 90012 |

Movant: Jonathan L. Jones

1. NOTICE IS HEREBY GIVEN to **The Bank of New York Mellon and West Coast Servicing Inc.** (Secured Creditor/Lessor), trustee (if any), and affected creditors (Responding Parties), their attorneys (if any), and other interested parties that on the above date and time and in the stated courtroom, Movant in the above-captioned matter will move this court for an order imposing a stay or continuing the automatic stay as to certain creditors and actions described in the motion on the grounds set forth in the attached motion.

2. Hearing Location:

   ☑ 255 East Temple Street, Los Angeles, CA 90012       ☐ 411 West Fourth Street, Santa Ana, CA 92701
   ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367   ☐ 1415 State Street, Santa Barbara, CA 93101
   ☐ 3420 Twelfth Street, Riverside, CA 92501

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 1                       F 4001-1.IMPOSE.STAY.MOTION

3. a. [✓] This Motion is being heard on REGULAR NOTICE pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response to this motion with the court and serve a copy of it upon the Movant's attorney (or upon Movant, if the motion was filed by an unrepresented individual) at the address set forth above no less than 14 days before the above hearing and appear at the hearing of this motion.

   b. [ ] This motion is being heard on SHORTENED NOTICE. If you wish to oppose this motion, you must appear at the hearing. Any written response or evidence must be filed and served: [ ] at the hearing [ ] at least ___ days before the hearing.

   (1) [ ] An Application for Order Setting Hearing on Shortened Notice was not required (according to the calendaring procedures of the assigned judge).

   (2) [ ] An Application for Order Setting Hearing on Shortened Notice was filed per LBR 9075-1(b) and was granted by the court and such motion and order has been or is being served upon the appropriate creditor(s) and trustee, if any.

   (3) [ ] An Application for Order Setting Hearing on Shortened Notice has been filed and remains pending. Once the court has ruled on that motion, you will be served with another notice or an order that will specify the date, time and place of the hearing on the attached motion and the deadline for filing and serving a written opposition to the motion.

4. You may contact the Clerk's Office or use the court's website (www.cacb.uscourts.gov) to obtain a copy of an approved court form for use in preparing your response (optional court form F 4001-1.RESPONSE), or you may prepare your response using the format required by LBR 9004-1 and the Court Manual.

5. If you fail to file a written response to the motion or fail to appear at the hearing, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Date:    June 4, 2021

SW SMYTH LLP
Printed name of law firm (if applicable)

Stephen Sung Smyth
Printed name of individual Movant or attorney for Movant

/s/ Stephen Sung Smyth
Signature of individual Movant or attorney for Movant

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    F 4001-1.IMPOSE.STAY.MOTION

# MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE

Movant: Jonathan L. Jones

1. **The Property or Debt at Issue:**
   a. ☑ Movant moves for an order imposing a stay with respect to the following property (Property):
   ☐ Vehicle (describe year, manufacturer, type, and model):
   Vehicle Identification Number:
   Location of vehicle (if known):

   ☐ Equipment (describe manufacturer, type, and characteristics):
   Serial number(s):

   Location (if known):

   ☐ Other Personal Property (describe type, identifying information, and location):

   ☑ Real Property
   Street Address: **3701 Cherrywood Ave.**
   Apt./Suite No.:
   City, State, Zip Code: **Los Angeles, California 90018**
   Legal description or document recording number(include county of recording): **LOT 47 OF TRACT NO. 11754, IN THE CITY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 223, PAGES 1 TO 3 INCLUSIVE, OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.**

   ☐ See attached continuation page

   The following creditor(s) have a security interest or unexpired lease in this Property (give full name and address of creditor) **The Bank of New York Mellon, 240 Greenwich Street, New York, NY 10286** to secure the sum of approximately **$464,426.99** now owed (Secured Creditor/Lessor) and **West Coast Servicing, Inc.** to secure the sum of approximately **$397,608.17** now owed. (Secured Creditor/Lessor). Additional creditors who are the subject of this motion, and their respective claims, addresses and collateral, are described on the continuation sheets attached. (Attach additional sheets as necessary)

   b. ☐ Movant moves for an order **imposing a stay** with respect to *any and all actions* against the Debtor and the estate taken concerning the debt/lease owed to the *Secured Creditors/Lessors* as described in this motion; and/or

   c. ☐ Movant moves for an order **imposing a stay** *as to all creditors.*

   d. ☑ Movant moves for an order **continuing the automatic stay** with respect to any and all actions against the Debtor and the estate taken concerning the debt/lease owed to the *Secured Creditor/Lessor*, and/or

   e. ☑ Movant moves for an order **continuing the automatic stay** *as to all creditors.*

2. **Case History:**
   a. ☑ A voluntary  ☐ An involuntary petition concerning an individual[s] under chapter  ☐ 7  ☐ 11  ☐ 12
   ☑ 13 was filed concerning the present case on (specify date): **06/02/2021.**

   b. ☐ An Order of Conversion to Chapter  ☐ 7  ☐ 11  ☐ 12  ☐ 13 was entered on (specify date):

   c. ☐ Plan was confirmed on (specify date):

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                      Page 3                              F 4001-1.IMPOSE.STAY.MOTION

d. ☑ Other bankruptcy cases filed by or against this Debtor have been pending within the past year preceding the petition date in this case. These cases and the reasons for dismissal are:

1. Case name: **Jonathan Jones**
   Case number: **2:20-bk-20249-NB**         Chapter: **13**
   Date Filed: **11/16/2020**                Date dismissed: **05/26/2021**
   Relief from stay re this Property    ☐ was    ☑ was not granted
   Reason for dismissal: **Failure to cure the Trustee and Creditor, West Coast Servicing, Inc.'s, Objections prior to confirmation.**

2. Case name:
   Case number:
   Date Filed:                               Chapter:
   Relief from stay re this Property         Date dismissed:
   Reason for dismissal:                     ☐ was    ☐ was not granted

☐ See attached continuation page

e. ☑ As of the date of this motion the Debtor ☐ has ☑ has not filed a statement of intentions regarding this Property as required under 11 U.S.C. §521(a)(2). If a statement of intentions has been filed, Debtor ☐ has ☐ has not performed as promised therein.

f. ☑ The first date set for the meeting of creditors under 11 U.S.C §341(a) is/was **TBD** and the court ☐ has ☑ has not fixed a later date for performance by Debtor of the obligations described at 11 U.S.C.§521(a)(2). The extended date *(if applicable)* is ___ .

g. ☐ In a previous case(s), as of the date of dismissal there was:
   ☐ an action by the Secured Creditor/Lessor under 11 U.S.C. §362(d) still pending or
   ☐ such action had been resolved by an order terminating, conditioning or limiting the stay as to such creditor.

3. The equity in the property is calculated as follows:

a)
1. Property description/value: **3701 Cherrywood Ave., Los Angeles, Ca 90018**     $1,187.199.00
2. Creditor/Lien amount: **The Bank of New York Mellon**                           $646,426.99
3. Creditor/Lien amount: **West Coast Servicing, Inc.**                            $397,608.17
4. Creditor/Lien amount: ___                                                        $___
5. Creditor/Lien amount: ___                                                        $___
6. Total Liens                                                                      $ 1,044,035.16
7. Debtor's Homestead Exemption                                                     $143,163.84
8. Equity in the Property (subtract lines 6 and 7 from line 1 and enter here)       $0.00

b)
1. Propery description/value: ___                                                   $___
2. Creditor/Lien amount: ___                                                        $___
3. Creditor/Lien amount: ___                                                        $___
4. Creditor/Lien amount: ___                                                        $___
5. Creditor/Lien amount:                                                            $___
6. Total Liens                                                                      $___
7. Debtor's Homestead Exemption                                                     $___
8. Equity in the Property (subtract lines 6 and 7 from line 1 and enter here)       $___

☐ See attached continuation page

4. **Grounds for Continuing the Stay:**

   a. ☑ Pursuant to 11 U.S.C. § 362(c)(3) the stay should be continued on the following grounds:

      1. ☑ The present case was filed in good faith notwithstanding that a prior single or joint case filed by or against the individual Debtor which was pending within the year preceding the petition date was dismissed, because:

         A. ☑ The prior dismissal was of a case not refiled under chapter 7 after dismissal under 11 U.S.C.§707(b);
         B. ☑ Good faith is shown because **Debtor will file a Motion for Authority to Sell Real Property for the property commonly known as 3701 Cherrywood Ave., Los Angeles, Ca 90018 and apply the net proceeds to payoff his chapter 13 bankruptcy plan.**

            ☐ See attached continuation page

      2. ☑ The Property is of consequential value or benefit to the estate because:

         A. ☑ The fair market value of the Property is greater than all liens on the Property as shown above in paragraph 3 and as supported by declarations attached *(describe separately as to each property)*;.
         B. ☑ The Property is necessary to a reorganization for the following reasons: **Debtor will file a Motion for Authority to Sell Real Property for the property commonly known as 3701 Cherrywood Ave., Los Angeles, Ca 90018 and apply the net proceeds to payoff his chapter 13 bankruptcy plan. It is estimated that additional net proceeds will be available to the Debtor to relocate and find alternative housing.**

            ☐ See attached continuation page

         C. ☐ The Secured Creditor/Lessor's interest can be adequately protected by (describe Movant's proposal for adequate protection:) __

            ☐ See attached continuation page

      3. ☑ The presumption of a bad faith filing under 11 U.S.C.§362(c)(3)(C)(i) is overcome in this case as to *all creditors* because:

         A. ☑ The prior dismissal was pursuant to the creation of a debt repayment plan. 11 U.S.C.§362(i);
         B. ☐ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting in dismissal was excusable because such failure was caused by the negligence of Debtor's attorney;
         C. ☑ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting dismissal was excusable because **Debtor attempted to reorganize through his chapter 13 bankruptcy plan through a sale or refinance of the real property. Debtor realizes the selling the real property expeditiously will be his only viable alternative through chapter 13.**

            ☐ See attached continuation page

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 5                    F 4001-1.IMPOSE.STAY.MOTION

D. ☐ Debtor's failure to provide adequate protection as ordered by the court in the prior case is excusable because __

☐ See attached continuation page

E. ☐ Debtor's failure to perform the terms of a confirmed plan in the prior case is excusable because __

☐ See attached continuation page

F. ☐ There has been a substantial change in the personal or financial affairs of the Debtor since the dismissal of the prior case(s) as follows: __

From this, the court may conclude that this case, if a case under chapter 7, will result in a discharge or, if under chapter 11 or 13, in a confirmed plan that will be fully performed.

☐ See attached continuation page

G. ☐ For the following additional reasons __

☐ See attached continuation page

4. ☐ The presumption of a bad faith filing as to the Secured Creditor/Lessor under 11 U.S.C.§362(c)(3)(C)(ii) is overcome         in this case because __

☐ See attached continuation page

5. **Grounds for Imposing a Stay:**
   a. ☐ Pursuant to 11 U.S.C.§362(c)(4) this case was filed in good faith and grounds exist for imposing a stay as follows:
      1. ☐ The Property is of consequential value or benefit to the estate because the fair market value of the Property is         greater than all liens on the property as shown above in paragraph 3 and as supported by declarations attached.

2. ☐ The Property is of consequential value or benefit to the estate because the Property is necessary to a reorganization for the following reasons: __.

☐ See attached continuation page

3. ☐ The Secured Creditor/Lessor's interest can be adequately protected by *(describe Movant's proposal for adequate protection)*: __

☐ See attached continuation page

b. ☐ The present case was filed in good faith notwithstanding that the prior single or joint cases filed by or against the individual Debtor pending within the year preceding the petition date were dismissed, because:

1. ☐ The prior dismissal was of a case not refiled under chapter 7 after dismissal under 11 U.S.C.§707(b);

2. ☐ Good faith is shown because __

☐ See attached continuation page

c. ☐ The presumption of a bad faith filing under 11 U.S.C.§362(c)(4)(D)(i) is overcome in this case as to *all creditors* because:

1. ☐ Debtor had a substantial excuse in failing to file or amend the petition or other documents as required by the court or Title 11 of the United States Code, resulting in the prior dismissal(s) as follows: __

☐ See attached continuation page

2. ☐ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting dismissal was as the result of the negligence of Debtor's attorney;

3. ☐ Debtor's failure to provide adequate protection as ordered by the court in the prior case is excusable because __

☐ See attached continuation page

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 7                              F 4001-1.IMPOSE.STAY.MOTION

4. ☐ Debtor's failure to perform the terms of a confirmed plan in the prior case is excusable because ___

    ☐ See attached continuation page

5. ☐ There has been a substantial change in the personal or financial affairs of the Debtor since the dismissal of the prior case(s) as follows: ___

(from which the Court may conclude that this case, if a case under chapter 7, may be concluded with a discharge or, if under chapter 11 or 13, with a confirmed plan that will be fully performed).

    ☐ See attached continuation page

6. ☐ For the following additional reasons ___

    ☐ See attached continuation page

7. ☐ The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C.§362(c)(4)(D)(ii) is overcome in this case because ___

    ☐ See attached continuation page

6. **Evidence in Support of Motion:** *(Important Note: Declaration(s) in support of the Motion MUST be attached hereto).*

    a. ☐ Movant submits the attached Declaration(s) on the court's approved forms (if applicable) to provide evidence in support of this Motion pursuant to LBRs.
    b. ☑ Other Declaration(s) are also attached in support of this Motion
    c. ☐ Movant requests that the court consider as admissions the statements made by Debtor under penalty of perjury concerning Movant's claims and the Property set forth in Debtor's(s') Schedules. Authenticated copies of the relevant portions of the Schedules are attached as Exhibit ___.
    d. ☐ Other evidence *(specify):* ___

7. ☐ An optional Memorandum of Points and Authorities is attached to this Motion.

WHEREFORE, Movant prays that this Court issue an Order Imposing a Stay and granting the following *(specify forms of relief requested):*

1. ☑ That the Automatic Stay be continued in effect as to all creditors until further order of the court.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                        Page 8                        F 4001-1.IMPOSE.STAY.MOTION

2. ☑ That the Automatic Stay be continued in effect as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

3. ☑ That the Automatic Stay be continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

4. ☐ That a Stay be imposed as to all creditors until further order of the court..

5. ☐ That a Stay be imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

6. ☐ That a Stay be imposed as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

7. ☐ For adequate protection of the Secured Creditor/Lessor by (specify proposed adequate protection) __

8. ☐ For other relief requested, see attached continuation page.

Date: June 3, 2021

Respectfully submitted,
Jonathan Jones
Movant Name
SW SMYTH LLP
Firm Name of attorney for Movant (if applicable)

/s/ Stephen Sung Smyth
Signature
Stephen Sung Smyth
Printed Name of Individual Movant or Attorney for Movant

## DECLARATION OF MOVANT

I Jonathan Jones am the Movant. I have read the foregoing motion consisting of 11 pages, and the attached materials incorporated therein by reference. If reference is made to balances owing, my testimony regarding same is based upon the business records of Movant kept in the ordinary course of business of Movant by persons whose responsibility it is to accurately and faithfully record information as to the Debtor's account on or near the date of events recorded. I am one of the custodians of such business records.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

May 28, 2021
Date

Jonathan Jones
Printed name of declarant

/s/ Jonathan Jones
Signature

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.
December 2012    Page 9    F 4001-1.IMPOSE.STAY.MOTION

TOTAL P.01

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4929 Wilshire Blvd, Suite 690
Los Angeles, CA 90010

A true and correct copy of the foregoing document entitled (*specify*): __Notice of Motion and Motion in Individual Case for Order Imposing a Stay or Continuing the Automatic Stay as the Court Deems Appropriate__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On __June 3, 2021__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Kathy A Dockery (TR)    EFiling@LATrustee.com
Stephen S Smyth    office@smythlo.com;r58723@notify.bestcase.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On __June 3, 2021__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

1st Lienholder per FDIC Website -
The Bank of New York Mellon
240 Greenwich St., New York, NY 10286
Attn: Officer,
Certified Mail #7020 1810 0002 0528 0695

2nd Lien Holder
West Coast Servicing Inc.
7911 Warner Ave
Huntington Beach, CA 92647
Attn: Officer

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 3, 2021 | Michelle Yi | /s/ Michelle Yi |
|---|---|---|
| Date | Printed Name | Signature |

```
Label Matrix for local noticing          Employment Development Dept.          Franchise Tax Board
0973-2                                   Bankruptcy Group MIC 92E              Bankruptcy Section MS: A-340
Case 2:21-bk-14596-NB                    P.O. Box 826880                       P.O. Box 2952
Central District of California           Sacramento, CA 94280-0001             Sacramento, CA 95812-2952
Los Angeles
Thu Jun  3 14:20:44 PDT 2021

(p)OFFICE OF FINANCE  CITY OF LOS ANGELES   Los Angeles Division              BS Law LLP
200 N SPRING ST RM 101 CITY HALL            255 East Temple Street,           30 Corporatew Park Suite 450
LOS ANGELES CA 90012-3224                   Los Angeles, CA 90012-3332        Irvine, CA 92606-3401


Bram Schmitz                             Damani Spearsman                     Franchise Tax Board
3701 Cherrywood Ave                      3701 Cherrywood Ave                  P.O.Box 826880 MIC 4
Los Angeles, CA 90018-4010               Los Angeles, CA 90018-4010           Sacramento, CA 94280-0001


IRS                                      Isalah Allen                         Jonathan Jones
Special Procedures                       3901 Cherrywood Ave                  3701 Chereywood Ave
P.O.Box 7346                             Los Angeles, CA 90008-2644           Los Angeles, CA 90018-4010
Philadelphia, PA 19101-7346


Joshua Thigpin                           Justice Fowler                       Peter Prosser
3701 Cherrywood Ave                      3701 Cherrywood Ave                  3701 Cherrywood Ave
Los Angeles, CA 90018-4010               Los Angeles, CA 90018-4010           Los Angeles, CA 90018-4010


Ronald Sherry                            Samuel Graham                        Shell Point Mortgage Servicing
3701 Cherrywood Ave                      3701 Cherry Ave                      P.O.Box 619063
Los Angeles, CA 90018-4010               Los Angeles, CA 90018                Dallas, TX 75261-9063


United States Trustee (LA)   ECF         Violus Kenel Petit Frere             Jonathan L Jones
915 Wilshire Blvd, Suite 1850            3701 Cherrywood Ave                  3701 Cherrywood Ave
Los Angeles, CA 90017-3560               Los Angeles, CA 90018-4010           Los Angeles, CA 90018-4010


Kathy A Dockery (TR)   ECF               Stephen S Smyth
801 Figueroa Street, Suite 1850          SW SMYTH LLP
Los Angeles, CA 90017-5569               4929 Wilshire Blvd Ste 690
                                         Los Angeles, CA 90010-3820
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Los Angeles City Clerk                   End of Label Matrix
P.O. Box 53200                           Mailable recipients    22
Los Angeles, CA 90053-0200               Bypassed recipients     0
                                         Total                  22
```