ZBS Law, LLP
Erin M. McCartney, Esq. #308803
30 Corporate Park, Suite 450
Irvine, CA 92606
Phone:       (714) 848-7920
Facsimile:   (714) 908-7807
Email:       bankruptcy@zbslaw.com

Attorney(s) for Secured Creditor, West Coast Servicing, Inc.

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>Jonathan L Jones,<br><br>Debtor. | Case No.: 2:21-bk-14596-NB<br><br>Chapter: 13<br><br>**OPPOSITION TO DEBTOR'S MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE**<br><br>**Hearing:**<br>Date: June 29, 2021<br>Time: 10:00 a.m.<br>Courtroom: 1545<br>Location:   United Stated Bankruptcy Court<br>                   255 E. Temple St.,<br>                   Los Angeles, CA 90012 |

West Coast Servicing, Inc. ("Secured Creditor") hereby submits the following Opposition to Debtor's Motion in Individual Case for Order Imposing a Stay or Continuing the Automatic Stay as the Court Deems Appropriate (hereinafter "Motion").

### I.     STATEMENT OF FACTS

1.     Debtor filed the instant bankruptcy action as a Chapter 13 on June 2, 2021.

2.     Secured Creditor, West Coast Servicing, Inc. is the beneficiary under a Deed of Trust which secures a Promissory Note ("Note") in the initial amount of $147,250.00 with Note all

1

due and payable pre-petition on October 1, 2020. The Note is secured on the Debtor's personal residence located at 3701 Cherrywood Ave., Los Angeles, CA 90018-4010.

3. According to the Secured Creditor's records, the Debtor has not made a payment on the loan. The loan matured on October 1, 2020, and the total amount due and payable is 397,608.17.

4. Debtor attempted to propose a prior Chapter 13 plan but failed due failure to cure the Trustee and West Coast Servicing, Inc.'s objections prior to confirmation. The Debtor's prior plan provided for sale of the subject property with vague terms. The same provision is included in the pending Motion to Extend the Stay to justify imposing the stay past 30 days. However, this appears to be a delay tactic. The Debtor has failed to file schedules or a Chapter 13 plan in the instant case.

5. The first case was filed on November 16, 2020, under case number 2:20-bk-20249-NB. The case was dismissed on May 26, 2021 after the Debtor was unable to satisfy the pending objections to the plan.

6. Secured Creditor has attempted to complete an interior inspection of the property in the past which has been refused by the Debtor. Secured Creditor now believes the Debtor may have an illegal grow farm inside.

## II.    ARGUMENT

To extend the automatic stay, the Debtor must demonstrate that the present case was filed in good faith as to Secured Creditor. 11 USC § 362(c)(3)(B). A presumption exists that the current case was not filed in good faith if any of the conditions set forth in Section 362(c)(3)(C) are triggered. To rebut the presumption, the Debtor must put forth "clear and convincing" evidence. Section 362(c)(3)(C).

This case was "presumptively filed not in good faith" because Section 362(c)(3)(C)(i)(I), 362(c)(3)(C)(i)(II) and Section 362(c)(3)(C)(i)(III) are present. As to Section 362(c)(3)(C)(i)(I),

2

Debtor filed a previous case under Chapter 13 that was dismissed within a 1-year period of filing of the instant bankruptcy case. As to Section 362(c)(3)(C)(i)(II), the previous case was dismissed due to Debtor's failure to cure the Trustee and West Coast Servicing, Inc.'s objections prior to confirmation. As to Section 362(c)(3)(C)(i)(III) there has (1) not been a substantial change in the financial affairs of the Debtor since the previous case was dismissed, and (2) there is good reason to conclude that the current case will not result with a confirmed plan that will be fully performed.

With regards to Section 362(c)(3)(C)(i)(I), Debtor filed a bankruptcy petition under Chapter 13 on November 16, 2020, identified in this court as Case No. 2:20-bk-20249-NB. A printout of the Docket Sheet for Case No. 2:20-bk-20249-NB is attached hereto as **Exhibit "1"**.

With regards to Section 362(c)(3)(C)(i)(II), the court issued an Order dismissing Case No. 2:20-bk-20249-NB on May 26, 2021 due to Debtor's failure to cure or address the pending objections to plan confirmation.

As to 362(c)(3)(C)(i)(III), Debtor has failed to adequately demonstrate that his financial circumstances have substantially improved between filing the previous bankruptcy case and filing Debtor's current case. Debtor previously claimed his monthly income was $8,349.35 with a net income of $4,907.33. Debtor has not yet filed his schedules or chapter 13 plan in the instant case. Thus, Debtor has failed to meet the burden of proof to demonstrate a substantial change in their financial circumstances. True and correct copies of Schedules "I" and "J" filed in the previous case are attached hereto as **Exhibit "2"**. Debtor also states in the motion that he intends to file a Motion for Authority to Sell the Real Property and use the process of payoff his bankruptcy plan. This same proposal was raised in the first bankruptcy; however, the property has not been listed and the instant motion provides little information regarding the time frame to sell the property and what will happen in the event the Debtor fails to sell the property in the required amount of time. These objections were raised in the prior case and the Debtor failed to address the matter at three (3)

scheduled confirmation hearings. The Debtor has failed to present any evidence to support his assertion that a sale of the property is imminent or reasonable at this time.

### III.  CONCLUSION

The Motion to Extend the Automatic Stay filed by Debtor should be denied. The Motion fails to offer adequate evidence upon which this Court could determine that a clear and convincing showing has been made to rebut the presumption that the case was not filed in good faith. Debtor's prior case was dismissed within the past one (1) year Debtor's failure to cure the objection to plan confirmation. Furthermore, there is insufficient evidence to demonstrate a substantial change in Debtor's financial circumstances, and there is good reason to believe that the current case will not result in a confirmed plan that will be fully performed. The Secured Creditor has continued to suffer and incur costs due to the Debtor's repeated bankruptcy filings.

WHEREFORE, Secured Creditor respectfully requests that:

1. The Motion be denied;
2. That the Court issue an Order stating that the Automatic Stay shall terminate with respect to the Debtor and the property of the estate on the 30th day after the filing of the instant bankruptcy case pursuant to 11 U.S. Code § 362(c)(3)(A);
3. The Court order that the Debtor allow Secured Creditor access to the property to complete an interior inspection.
4. For other such relief as this Court deems just and proper.

Dated: June 11, 2021                    ZBS Law, LLP

                                        /s/ Erin M. McCartney
                                        Erin M. McCartney, Esq.
                                        Attorney(s) for Secured Creditor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
30 Corporate Park, Suite 450
Irvine, CA 92606

A true and correct copy of the foregoing document entitled (*specify*): **OPPOSITION TO MOTION TO EXTEND THE AUTOMATIC STAY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **June 14, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Stephen S Smyth, Attorney        stephen@smythlo.com
Kathy A Dockery (TR), Trustee    EFiling@LATrustee.com
United States Trustee (LA)       ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **June 14, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR**
Jonathan L Jones
3701 Cherrywood Ave
Los Angeles, CA 90018

**PRESIDING JUDGE:**
Honorable Neil W. Bason
Edward R. Roybal Federal Building and Courthouse
 255 E. Temple Street, Suite 1552
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 14, 2021 | Katherine Kellams | /s/ Katherine Kellams |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                **F 9013-3.1.PROOF.SERVICE**

# 2:20-bk-20249 | Jonathan Jones

Docket Header Last Updated: 06/08/2021 09:11 am

Repeat-cacb, RepeatPACER, AmdPln13F, DISMISSED

**U.S. Bankruptcy Court**
**Central District of California (Los Angeles)**
**Bankruptcy Petition #: 2:20-bk-20249-NB**

| | |
|---|---|
| *Assigned to:* Neil W. Bason | *Date filed:* 11/16/2020 |
| Chapter 13 | *Debtor dismissed:* 05/26/2021 |
| Voluntary | *341 meeting:* 12/23/2020 |
| Asset | |

*Debtor disposition:* Dismissed for Other Reason

| *Debtor* | represented by | **Stephen L Burton** |
|---|---|---|
| **Jonathan Jones** | | Stephen L. Burton, Attorney at Law |
| 3701 Cherrywood Ave | | 16133 Ventura Blvd 7th Fl |
| Los Angeles, CA 90018 | | 7th Floor |
| LOS ANGELES-CA | | Encino, CA 91436 |
| SSN / ITIN: xxx-xx-5853 | | 818-501-5055 |
| | | Fax : 818-501-5849 |
| | | Email: steveburtonlaw@aol.com |

*Trustee*
**Kathy A Dockery (TR)**
801 Figueroa Street, Suite 1850
Los Angeles, CA 90017
(213) 996-4400

*U.S. Trustee*
**United States Trustee (LA)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-6811

| Date Filed | # | Docket Text |
|---|---|---|
| 05/28/2021 | 46 | |

# EXHIBIT 1

| Date Filed | # | Docket Text |
|---|---|---|
| | | BNC Certificate of Notice (RE: related document(s) 45 ORDER and Notice of Dismissal arising from Ch 13 Conf. Hrg. (BNC)) No. of Notices: 17. Notice Date 05/28/2021. (Admin.) (Entered: 05/28/2021)    Update/Redact |
| 05/26/2021 | 45 | ORDER and Notice of dismissal arising from chapter 13 confirmation hearing - **Debtor Dismissed.** (BNC) (RE: related document(s) 8 Meeting (AutoAssign Chapter 13)) (Sumlin, Sharon E.) (Entered: 05/26/2021)    Update/Redact |
| 03/23/2021 | 44 | Proof of service Filed by (RE: related document(s) 43 Notice of Hearing). (Dockery (TR), Kathy) (Entered: 03/23/2021)    Update/Redact |
| 03/18/2021 | 43 | Notice of Hearing Filed by. (Dockery (TR), Kathy) (Entered: 03/18/2021)    Update/Redact |
| 02/11/2021 | 42 | BNC Certificate of Notice (RE: related document(s) 41 Notice of Requirement to Complete Course in Financial Management (Auto VAN-105) (BNC)) No. of Notices: 1. Notice Date 02/11/2021. (Admin.) (Entered: 02/11/2021)    Update/Redact |
| 02/08/2021 | 41 | Notice of Requirement to Complete Course in Financial Management (Auto VAN-105) (BNC). (AutoDocket, User) (Entered: 02/08/2021)    Update/Redact |
| 01/27/2021 | 40 | Proof of service Filed by (RE: related document(s) 39 Notice of Hearing). (Dockery (TR), Kathy) (Entered: 01/27/2021)    Update/Redact |
| 01/21/2021 | 39 | Notice of Hearing Filed by. (Dockery (TR), Kathy) (Entered: 01/21/2021)    Update/Redact |
| 01/05/2021 | | ***Statistics Reporting*** Motion for Valuation of Security (CM27). (RE: related document(s) [38]) Amended Chapter 13 Plan (AutoDocket, User)    Update/Redact |
| 01/05/2021 | 38 | Amended Chapter 13 Plan Property value is listed at an amount EQUAL to or GREATER THAN the Secured Amount Claimed: 1 included. Filed by Debtor Jonathan Jones (RE: related document(s) 34 Chapter 13 Plan (LBR F3015-1). Property value is listed at an amount EQUAL to or GREATER THAN the Secured Amount Claimed: 1 included. Filed by Debtor Jonathan Jones.). (Burton, Stephen) (Entered: 01/05/2021)    Update/Redact |
| 01/05/2021 | 37 | Proof of service Filed by (RE: related document(s) 32 Trustee's Objection to Confirmation of Plan (batch)). (Dockery (TR), Kathy) (Entered: 01/05/2021)    Update/Redact |
| 01/04/2021 | 36 | Notice to Filer of Error and/or Deficient Document **Incorrect docket event was used to file this document. The correct docket event for this document is "Amended Chapter 13 Plan".** **THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT USING THE CORRECT DOCKET EVENT.** (RE: related document(s) 34 Chapter 13 Plan (LBR F3015-1) filed by Debtor Jonathan Jones) (Ghaltchi (Johnson), Dina) (Entered: 01/04/2021)    Update/Redact |
| 01/04/2021 | | |

# EXHIBIT 1

2:20-bk-20249 | Jonathan Jones | Case 2:21-bk-14596-NB    Doc 10    Filed 06/14/21    Entered 06/14/21 07:55:50    Desc
Main Document    Page 8 of 17

Page 3 of 8

| Date Filed | # | Docket Text | |
|---|---|---|---|
| | | ***Statistics Reporting*** Motion for Valuation of Security (CM27). (RE: related document(s) [34]) Chapter 13 Plan (LBR F3015-1) (AutoDocket, User) | Update/Redact |
| 01/04/2021 | | ***Statistics Reporting*** Motion for Valuation of Security (CM27). (RE: related document(s) 34 ) Chapter 13 Plan (LBR F3015-1) (AutoDocket, User) (Entered: 01/04/2021) | Update/Redact |
| 01/03/2021 | 35 | Debtor's notice of section 341(a) meeting and hearing on confirmation of chapter 13 plan with copy of chapter 13 plan Filed by Debtor Jonathan Jones. (Burton, Stephen) (Entered: 01/03/2021) | Update/Redact |
| 01/03/2021 | 34 | Chapter 13 Plan (LBR F3015-1). Property value is listed at an amount EQUAL to or GREATER THAN the Secured Amount Claimed: 1 included. Filed by Debtor Jonathan Jones. (Burton, Stephen) (Entered: 01/03/2021) | Update/Redact |
| 12/28/2020 | 33 | Objection to Confirmation of Plan Filed by Creditor West Coast Servicing, Inc. (RE: related document(s) 23 Chapter 13 Plan (LBR F3015-1). Property value is listed at an amount EQUAL to or GREATER THAN the Secured Amount Claimed: 2 included. Filed by Debtor Jonathan Jones (RE: related document(s) 1 Chapter 13 Voluntary Petition Individual . Fee Amount $310 Filed by Jonathan Jones Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due 11/30/2020. Schedule A/B: Property (Form 106A/B or 206A/B) due 11/30/2020. Schedule C: The Property You Claim as Exempt (Form 106C) due 11/30/2020. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 11/30/2020. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 11/30/2020. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 11/30/2020. Schedule H: Your Codebtors (Form 106H or 206H) due 11/30/2020. Schedule I: Your Income (Form 106I) due 11/30/2020. Schedule J: Your Expenses (Form 106J) due 11/30/2020. Declaration About an Individual Debtors Schedules (Form 106Dec) due 11/30/2020. Statement of Financial Affairs (Form 107 or 207) due 11/30/2020. Chapter 13 Plan (LBR F3015-1) due by 11/30/2020. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C-1) Due: 11/30/2020. Chapter 13 Calculation of Your Disposable Income (Form 122C-2) Due: 11/30/2020. Statement of Related Cases (LBR Form F1015-2) due 11/30/2020. Disclosure of Compensation of Attorney for Debtor (Form 2030) due 11/30/2020. Declaration by Debtors as to Whether Income was Received from an Employer within 60-Days of the Petition Date (LBR Form F1002-1) due by 11/30/2020. Incomplete Filings due by 11/30/2020.).). (McCartney, Erin) (Entered: 12/28/2020) | Update/Redact |
| 12/23/2020 | 32 | Objection to Confirmation of Chapter 13 Plan . (Dockery (TR), Kathy) (Entered: 12/23/2020) | Update/Redact |

# EXHIBIT 1

| Date Filed | # | Docket Text |
|---|---|---|
| | | Request for courtesy Notice of Electronic Filing (NEF) Filed by McCartney, Erin. (McCartney, Erin) (Entered: 12/22/2020) Update/Redact |
| 12/18/2020 | 30 | Declaration RE Filing of Tax Returns and Payment of Domestic Support Obligations (Preconfirmation) Filed by Debtor Jonathan Jones. (Burton, Stephen) (Entered: 12/18/2020) Update/Redact |
| 12/18/2020 | 29 | Declaration Setting Forth Postpetition, Preconfirmation Payments On: 1. Deeds of Trust (or Mortgages), 2. Leases of Personal Property; 3. Purchase Money Security Liens on Personal Property Filed by Debtor Jonathan Jones. (Burton, Stephen) (Entered: 12/18/2020) Update/Redact |
| 12/14/2020 | 28 | Debtor's notice of section 341(a) meeting and hearing on confirmation of chapter 13 plan with copy of chapter 13 plan Filed by Debtor Jonathan Jones. (Burton, Stephen) (Entered: 12/14/2020) Update/Redact |
| 12/08/2020 | 27 | Proof of service Filed by (RE: related document(s) 26 Notice of Hearing). (Dockery (TR), Kathy) (Entered: 12/08/2020) Update/Redact |
| 12/01/2020 | 26 | Notice of Hearing Filed by. (Dockery (TR), Kathy) (Entered: 12/01/2020) Update/Redact |
| 11/30/2020 | 25 | Notice to Filer of Error and/or Deficient Document **Incorrect PDF was attached to the docket entry. THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT WITH THE CORRECT PDF IMMEDIATELY.** (RE: related document(s) 18 Disclosure of Compensation of Atty for Debtor (Official Form 2030) filed by Debtor Jonathan Jones) (Ghaltchi (Johnson), Dina) (Entered: 11/30/2020) Update/Redact |
| 11/30/2020 | 24 | Notice to Filer of Error and/or Deficient Document **Document filed without electronic /s/ or holographic signature of Debtor's counsel. THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT WITH THE PROPER SIGNATURES.** (RE: related document(s) 23 Chapter 13 Plan (LBR F3015-1) filed by Debtor Jonathan Jones) (Ghaltchi (Johnson), Dina) (Entered: 11/30/2020) Update/Redact |
| 11/30/2020 | | ***Statistics Reporting*** Motion for Valuation of Security (CM27). (RE: related document(s) 23 ) Chapter 13 Plan (LBR F3015-1) (AutoDocket, User) (Entered: 11/30/2020) Update/Redact |
| 11/30/2020 | 23 | Chapter 13 Plan (LBR F3015-1). Property value is listed at an amount EQUAL to or GREATER THAN the Secured Amount Claimed: 2 included. Filed by Debtor Jonathan Jones (RE: related document(s) 1 Chapter 13 Voluntary Petition Individual . Fee Amount $310 Filed by Jonathan Jones Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due 11/30/2020. Schedule A/B: Property (Form 106A/B or 206A/B) due 11/30/2020. Schedule C: The Property You Claim as Exempt (Form 106C) due 11/30/2020. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due |

# EXHIBIT 1

| Date Filed | # | Docket Text |
|---|---|---|
|  |  | 11/30/2020. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 11/30/2020. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 11/30/2020. Schedule H: Your Codebtors (Form 106H or 206H) due 11/30/2020. Schedule I: Your Income (Form 106I) due 11/30/2020. Schedule J: Your Expenses (Form 106J) due 11/30/2020. Declaration About an Individual Debtors Schedules (Form 106Dec) due 11/30/2020. Statement of Financial Affairs (Form 107 or 207) due 11/30/2020. Chapter 13 Plan (LBR F3015-1) due by 11/30/2020. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C-1) Due: 11/30/2020. Chapter 13 Calculation of Your Disposable Income (Form 122C-2) Due: 11/30/2020. Statement of Related Cases (LBR Form F1015-2) due 11/30/2020. Disclosure of Compensation of Attorney for Debtor (Form 2030) due 11/30/2020. Declaration by Debtors as to Whether Income was Received from an Employer within 60-Days of the Petition Date (LBR Form F1002-1) due by 11/30/2020. Incomplete Filings due by 11/30/2020.). (Burton, Stephen) (Entered: 11/30/2020) Update/Redact |
| 11/30/2020 | 22 | Statement of Related Cases (LBR Form 1015-2.1) Filed by Debtor Jonathan Jones (RE: related document(s) 1 Voluntary Petition (Chapter 13)). (Burton, Stephen) (Entered: 11/30/2020) Update/Redact |
| 11/30/2020 | 21 | Declaration by Debtor as to Whether Debtor(s) Received Income From an Employer Within 60 Days of Petition (LBR Form F1002-1) Filed by Debtor Jonathan Jones (RE: related document(s) 1 Voluntary Petition (Chapter 13)). (Burton, Stephen) (Entered: 11/30/2020) Update/Redact |
| 11/30/2020 | 20 | Declaration Setting Forth Postpetition, Preconfirmation Payments On: 1. Deeds of Trust (or Mortgages), 2. Leases of Personal Property; 3. Purchase Money Security Liens on Personal Property Filed by Debtor Jonathan Jones. (Burton, Stephen) (Entered: 11/30/2020) Update/Redact |
| 11/30/2020 | 19 | Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for 3 Years, Disposable Income Is Determined (Official Form 122C-1) , Chapter 13 Calculation of Your Disposable Income (Official Form 122C-2) Filed by Debtor Jonathan Jones (RE: related document(s) 1 Voluntary Petition (Chapter 13)). (Burton, Stephen) (Entered: 11/30/2020) Update/Redact |
| 11/30/2020 | 18 | Disclosure of Compensation of Attorney for Debtor (Official Form 2030) Filed by Debtor Jonathan Jones (RE: related document(s) 1 Voluntary Petition (Chapter 13)). (Burton, Stephen) (Entered: 11/30/2020) Update/Redact |
| 11/30/2020 | 17 | Rights and responsibilities agreement between chapter 13 debtors and their attorneys Filed by Debtor Jonathan Jones. (Burton, Stephen) (Entered: 11/30/2020) Update/Redact |

# EXHIBIT 1

| Date Filed | # | Docket Text |
|---|---|---|
| 11/30/2020 | 16 | Statement of Financial Affairs for Individual Filing for Bankruptcy (Official Form 107 or 207) Filed by Debtor Jonathan Jones (RE: related document(s) 1 Voluntary Petition (Chapter 13)). (Burton, Stephen) (Entered: 11/30/2020)    Update/Redact |
| 11/30/2020 | 15 | Summary of Assets and Liabilities for Individual (Official Form 106Sum or 206Sum) , Schedule A/B Individual: Property (Official Form 106A/B or 206A/B) , Schedule C: The Property You Claimed as Exempt (Official Form 106C) , Schedule D Individual: Creditors Who Have Claims Secured by Property (Official Form 106D or 206D) , Schedule E/F Individual: Creditors Who Have Unsecured Claims (Official Form 106F or 206F) , Schedule G Individual: Executory Contracts and Unexpired Leases (Official Form 106G or 206G) , Schedule H Individual: Your Codebtors (Official Form 106H or 206H) , Schedule I Individual: Your Income (Official Form 106I) , Schedule J: Your Expenses (Official Form 106J) , Declaration About an Individual Debtor's Schedules (Official Form 106Dec) Filed by Debtor Jonathan Jones (RE: related document(s) 1 Voluntary Petition (Chapter 13)). (Burton, Stephen) (Entered: 11/30/2020)    Update/Redact |
| 11/19/2020 | 14 | BNC Certificate of Notice (RE: related document(s) 7 Notice of Dismissal of Case If Required Documents Are Not Filed Within 72 Hours (VAN-197) (BNC)) No. of Notices: 2. Notice Date 11/19/2020. (Admin.) (Entered: 11/19/2020)    Update/Redact |
| 11/19/2020 | 13 | BNC Certificate of Notice (RE: related document(s) 1 Voluntary Petition (Chapter 13) filed by Debtor Jonathan Jones) No. of Notices: 1. Notice Date 11/19/2020. (Admin.) (Entered: 11/19/2020)    Update/Redact |
| 11/19/2020 | 12 | BNC Certificate of Notice (RE: related document(s) 1 Voluntary Petition (Chapter 13) filed by Debtor Jonathan Jones) No. of Notices: 1. Notice Date 11/19/2020. (Admin.) (Entered: 11/19/2020)    Update/Redact |
| 11/19/2020 | 11 | BNC Certificate of Notice (RE: related document(s) 8 Meeting (AutoAssign Chapter 13)) No. of Notices: 13. Notice Date 11/19/2020. (Admin.) (Entered: 11/19/2020)    Update/Redact |
| 11/19/2020 | 10 | AMENDED Statement About Your Social Security Number (Official Form 121) Filed by Debtor Jonathan Jones. (Burton, Stephen) (Entered: 11/19/2020)    Update/Redact |
| 11/18/2020 | 9 | Certificate of Credit Counseling Filed by Debtor Jonathan Jones. (Burton, Stephen) (Entered: 11/18/2020)    Update/Redact |
| 11/17/2020 | | Set Case Commencement Deficiency Deadlines (ccdn) (RE: related document(s) 1 Voluntary Petition (Chapter 13) filed by Debtor Jonathan Jones) Statement About Your Social Security Numbers (Form 121) due by 11/20/2020 . Incomplete Filings due by 11/20/2020 . (Ghaltchi (Johnson), Dina) (Entered: 11/17/2020)    Update/Redact |

# EXHIBIT 1

| Date Filed | # | Docket Text |
|---|---|---|
| 11/17/2020 | 7 | Notice of Dismissal of Case If Required Documents Are Not Filed Within 72 Hours (BNC) . (Ghaltchi (Johnson), Dina). Case is deficient for Statement About Your Social Security Numbers (Official Form 121) (Individual debtors only) due by 11/20/2020 . Modified on 11/18/2020 (Ly, Lynn). (Entered: 11/17/2020)   Update/Redact |
| 11/17/2020 | 6 | Notice to Filer of Error and/or Deficient Document **Incorrect Social Security Number - The SSN listed on the Petition PDF does not match the Statement of Social Security Number submitted. THE FILER IS INSTRUCTED TO INDICATE THE CORRECT SOCIAL SECURITY NUMBER or ITIN ID BY FILING AN AMENDED STATEMENT OF SOCIAL SECURITY NUMBER FORM IMMEDIATELY.** (RE: related document(s) 2 Statement About Your Social Security Numbers (Official Form 121) filed by Debtor Jonathan Jones) (Ghaltchi (Johnson), Dina) (Entered: 11/17/2020)   Update/Redact |
| 11/17/2020 |  | Receipt of Voluntary Petition (Chapter 13)(2:20-bk-20249) [misc,volp13] ( 310.00) Filing Fee. Receipt number 52055543. Fee amount 310.00. (re: Doc# 1) (U.S. Treasury) (Entered: 11/17/2020)   Update/Redact |
| 11/17/2020 |  | Notice of Debtor's Prior Filings for debtor Jonathan Jones Case Number 13-31530, Chapter 11 filed in California Central Bankruptcy on 08/27/2013 , Dismissed for Other Reason on 05/05/2015; Case Number 12-43814, Chapter 7 filed in California Central Bankruptcy on 10/05/2012 , Standard Discharge on 07/22/2013.(Admin) (Entered: 11/17/2020)   Update/Redact |
| 11/16/2020 | 8 | Meeting of Creditors with 341(a) meeting to be held on 12/23/2020 at 09:00 AM at TR 13, VIDEO CONFERENCE. GOTO TRUSTEE WEBSITE FOR INSTRUCTIONS. Confirmation hearing to be held on 01/21/2021 at 09:30 AM at Crtrm 1545, 255 E Temple St., Los Angeles, CA 90012. Proof of Claim due by 01/25/2021 . (Burton, Stephen) (Entered: 11/16/2020)   Update/Redact |
| 11/16/2020 | 5 | Notice to Filer of Error and/or Deficient Document **Incorrect docket event was used to file this document. The correct docket event for this document is "Certificate of Credit Counseling". THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT USING THE CORRECT DOCKET EVENT.** (RE: related document(s) 3 Chapter 11 or Chapter 9: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Form 104 or 204) filed by Debtor Jonathan Jones) (Ghaltchi (Johnson), Dina) (Entered: 11/16/2020)   Update/Redact |
| 11/16/2020 | 4 | Verification of Master Mailing List of Creditors (LBR Form F1007-1) , List of Creditors (Master Mailing List of Creditors) Filed by Debtor Jonathan Jones. (Burton, Stephen) (Entered: 11/16/2020)   Update/Redact |
| 11/16/2020 | 3 | For Individual Chapter 11 Cases:: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Form 104 or 204) Filed by Debtor Jonathan Jones. (Burton, |

# EXHIBIT 1

| Date Filed | # | Docket Text | |
|---|---|---|---|
| | | Stephen). Warning: Incorrect PDF attached. The attached PDF is the Certificate of Credit Counseling. See entry 9 for correction. Modified on 11/18/2020 (Ly, Lynn). (Entered: 11/16/2020) | Update/Redact |
| 11/16/2020 | 2 | Statement About Your Social Security Number (Official Form 121) Filed by Debtor Jonathan Jones. (Burton, Stephen) (Entered: 11/16/2020) | Update/Redact |
| 11/16/2020 | 1 | Chapter 13 Voluntary Petition Individual . Fee Amount $310 Filed by Jonathan Jones Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due 11/30/2020 . Schedule A/B: Property (Form 106A/B or 206A/B) due 11/30/2020 . Schedule C: The Property You Claim as Exempt (Form 106C) due 11/30/2020 . Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 11/30/2020 . Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 11/30/2020 . Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 11/30/2020 . Schedule H: Your Codebtors (Form 106H or 206H) due 11/30/2020 . Schedule I: Your Income (Form 106I) due 11/30/2020 . Schedule J: Your Expenses (Form 106J) due 11/30/2020 . Declaration About an Individual Debtors Schedules (Form 106Dec) due 11/30/2020 . Statement of Financial Affairs (Form 107 or 207) due 11/30/2020 . Chapter 13 Plan (LBR F3015-1) due by 11/30/2020 . Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C-1) Due: 11/30/2020 . Chapter 13 Calculation of Your Disposable Income (Form 122C-2) Due: 11/30/2020 . Statement of Related Cases (LBR Form F1015-2) due 11/30/2020 . Disclosure of Compensation of Attorney for Debtor (Form 2030) due 11/30/2020 . Declaration by Debtors as to Whether Income was Received from an Employer within 60-Days of the Petition Date (LBR Form F1002-1) due by 11/30/2020 . Incomplete Filings due by 11/30/2020 . (Burton, Stephen) (Entered: 11/16/2020) | Update/Redact |

# EXHIBIT 1

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Jonathan Jones |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (If known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. Fill in your employment information.

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | RETIRED | |
| Employer's name | | |
| Employer's address | | |
| How long employed there? | | |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 0.00 | $ N/A |
| 3. | Estimate and list monthly overtime pay. | +$ 0.00 | +$ N/A |
| 4. | Calculate gross Income. Add line 2 + line 3. | $ 0.00 | $ N/A |

Official Form 106I    Schedule I: Your Income    page 1

EXHIBIT 2

Debtor 1    Jonathan Jones                             Case number (if known) _____

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
|  | Copy line 4 here ............................ | 4. | $ 0.00 | $ N/A |
| 5. | List all payroll deductions: |  |  |  |
|  | 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ N/A |
|  | 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ N/A |
|  | 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ N/A |
|  | 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ N/A |
|  | 5e. Insurance | 5e. | $ 0.00 | $ N/A |
|  | 5f. Domestic support obligations | 5f. | $ 0.00 | $ N/A |
|  | 5g. Union dues | 5g. | $ 0.00 | $ N/A |
|  | 5h. Other deductions. Specify: _____ | 5h.+ | $ 0.00 + | $ N/A |
| 6. | Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ N/A |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 0.00 | $ N/A |
| 8. | List all other income regularly received: |  |  |  |
|  | 8a. Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 7,500.00 | $ N/A |
|  | 8b. Interest and dividends | 8b. | $ 0.00 | $ N/A |
|  | 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
|  | 8d. Unemployment compensation | 8d. | $ 0.00 | $ N/A |
|  | 8e. Social Security | 8e. | $ 849.35 | $ N/A |
|  | 8f. Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ N/A |
|  | 8g. Pension or retirement income | 8g. | $ 0.00 | $ N/A |
|  | 8h. Other monthly income. Specify: _____ | 8h.+ | $ 0.00 + | $ N/A |
| 9. | Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 8,349.35 | $ N/A |
| 10. | Calculate monthly income. Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 8,349.35 + $ N/A = | $ 8,349.35 |

11. State all other regular contributions to the expenses that you list in Schedule J.
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.
    Specify: _____                                                                                   11. +$ 0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
    Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies.    12. $ 8,349.35
                                                                                                                                     Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?
    ■ No.
    ☐ Yes. Explain: _____

Official Form 106I                              Schedule I: Your Income                                                  page 2

EXHIBIT 2

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Jonathan Jones |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (If known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J
## Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. Is this a joint case?

   ■ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?
       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. Do you have dependents?  ■ No

   Do not list Debtor 1 and Debtor 2.  ☐ Yes. Fill out this information for each dependent............

   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?
   ■ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.  4. $ 2,637.02

   If not included in line 4:

   4a. Real estate taxes  4a. $ 0.00
   4b. Property, homeowner's, or renter's insurance  4b. $ 0.00
   4c. Home maintenance, repair, and upkeep expenses  4c. $ 0.00
   4d. Homeowner's association or condominium dues  4d. $ 0.00
5. Additional mortgage payments for your residence, such as home equity loans  5. $ 0.00

Official Form 106J      Schedule J: Your Expenses      page 1

EXHIBIT 2

Debtor 1  Jonathan Jones    Case number (if known) _____

| | | | |
|---|---|---|---|
| 6. | Utilities: | | |
| | 6a. Electricity, heat, natural gas | 6a. $ | 250.00 |
| | 6b. Water, sewer, garbage collection | 6b. $ | 120.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 0.00 |
| | 6d. Other. Specify: _____ | 6d. $ | 0.00 |
| 7. | Food and housekeeping supplies | 7. $ | 100.00 |
| 8. | Childcare and children's education costs | 8. $ | 0.00 |
| 9. | Clothing, laundry, and dry cleaning | 9. $ | 20.00 |
| 10. | Personal care products and services | 10. $ | 20.00 |
| 11. | Medical and dental expenses | 11. $ | 0.00 |
| 12. | Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 20.00 |
| 13. | Entertainment, clubs, recreation, newspapers, magazines, and books | 13. $ | 0.00 |
| 14. | Charitable contributions and religious donations | 14. $ | 0.00 |
| 15. | Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. $ | 50.00 |
| | 15b. Health insurance | 15b. $ | 0.00 |
| | 15c. Vehicle insurance | 15c. $ | 225.00 |
| | 15d. Other insurance. Specify: _____ | 15d. $ | 0.00 |
| 16. | Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. $ | 0.00 |
| 17. | Installment or lease payments: | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. Other. Specify: _____ | 17c. $ | 0.00 |
| | 17d. Other. Specify: _____ | 17d. $ | 0.00 |
| 18. | Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I). | 18. $ | 0.00 |
| 19. | Other payments you make to support others who do not live with you. Specify: _____ | 19. $ | 0.00 |
| 20. | Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income. | | |
| | 20a. Mortgages on other property | 20a. $ | 0.00 |
| | 20b. Real estate taxes | 20b. $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | Other: Specify: _____ | 21. +$ | 0.00 |
| 22. | Calculate your monthly expenses | | |
| | 22a. Add lines 4 through 21. | $ | 3,442.02 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 3,442.02 |
| 23. | Calculate your monthly net income. | | |
| | 23a. Copy line 12 (your combined monthly income) from Schedule I. | 23a. $ | 8,349.35 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 3,442.02 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. $ | 4,907.33 |

24. Do you expect an increase or decrease in your expenses within the year after you file this form?
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
☐ No.
■ Yes.    Explain here: _____

EXHIBIT 2