Andrew E. Smyth, Esq. SBN 60030
Stephen S. Smyth, Esq. SBN 248433
William J. Smyth, Esq. SBN 265374
SW SMYTH LLP
4929 Wilshire Boulevard, Suite 690
Los Angeles, California 90010
Telephone: (323) 933-8401
Facsimile: (323) 933-8401
e-mail: office@smythlo.com

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| In re:<br><br>Jonathan L. Jones<br><br>Debtor(s). | CHAPTER 13<br>BK. 2:21-bk-14596-NB<br><br>**DEBTOR'S REPLY TO OPPOSITION TO DEBTOR'S MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE**<br><br>Date:   June 29, 2021<br>Time:  10:00 a.m.<br>Place:  Courtroom 1545<br>         255 E. Temple St.<br>         Los Angeles, Ca 90012<br>Judge:  Hon. Neil W. Bason |
|---|---|

**TO THE HONORABLE NEIL W. BASON, UNITED STATES BANKRUPTCY COURT JUDGE AND ALL INTERESTED PARTIES:**

Movant and Debtor Jonathan L. Jones ("Debtor") respectfully submits this reply to the Opposition to Debtor's Motion In Individual Case for Order Imposing a Stay or Continuing the Automatic Stay as the Court Deems Appropriate ("Opposition") filed by Respondent West Coast Servicing, Inc. ("West Coast").

///

///

1

## I. INTRODUCTION

West Coast's Opposition argues that the present case was not filed in good faith and the presumption under 11 U.S.C. §362(c)(3) has not been overcome by clear and convincing evidence. Specifically, at the time West Coast's Opposition was filed, the Debtor had not filed his schedules or chapter 13 plan in the instant case nor proposed information regarding the timing of the sale of his real property located at 3701 Cherrywood Ave., Los Angeles, California 90018-4010 (the "Real Property").

## II. ARGUMENT

On June 14, 2021, Debtor filed his schedules[1] and chapter 13 plan[2]. Debtor's chapter 13 plan proposed the following terms: $1,665.00 per month for months 1 through 6 and $8,071.57 per month for months 7 through 60, which provides for 100% to class 5 non-priority unsecured claims. Section IV. D. Other Non-Standard Plan Provisions states: "Debtor will sell the real property commonly known as 3701 Cherrywood Ave., Los Angeles, California 90018 ("Real Property") and will apply the net proceeds after encumbrances on the Real Property are paid to this chapter 13 plan. Listing, obtaining a buyer, and close of escrow is anticipated to take up to the first six months of this case." Since the Opposition was filed, the Real Property has been listed for sale and appears on the Multiple Listing Service ("MLS"). See attached **Exhibit A**.

Additionally, West Coast alleges in the Opposition that they have attempted to complete an interior inspection of the Real Property, which has been refused by the Debtor, and that they believe the Debtor may have an illegal grow farm inside the Real Property. Opposition at p. 2:16-18. Debtor denies the existence of an illegal grow farm at the Real Property and will allow West Coast to complete an interior inspection. West Coast can contact Debtor's Counsel to arrange a feasible time and date to complete said interior inspection.

///

---

[1] Dkt. No. 14
[2] Dkt. No. 13

### III. CONCLUSION

Based on the foregoing, the Debtor respectfully requests that the Court grant the Motion to Extend the Automatic Stay.

DATED:   June 22, 2021

Respectfully submitted,
SW SMYTH LLP

By: *(signature)*
Andrew E. Smyth
Stephen S. Smyth
Attorneys for Debtor

### DECLARATION OF STEPHEN SUNG SMYTH

I, Stephen S. Smyth, declare the following to be true and correct under penalty of perjury.

1. I am an attorney at law licensed to practice in the state of California and before the Bankruptcy Court in this District.

2. I represent the debtor in the above-entitled matter and personal knowledge of the facts stated in this declaration.

3. Attached as <u>Exhibit A</u> is a true and correct copy of the listing for 3701 Cherrywood Avenue, Los Angeles, California 90018 that printed form themls.com.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 22nd day of June 2021, at Los Angeles, California

STEPHEN S. SMYTH
Declarant

4

EXHIBIT A



Like 11K    Follow

Home    Find Agent    Find Office    Register    Agent Login    Public Login

**3701 Cherrywood Ave,**
Back  Los Angeles, CA. 90018
☆ Add Favorite

Listing Price: **$1,100,000**
Beds: 3 | Baths: 2 (2,0,0,0)

Loading...
Loading...

## Remarks
Community Report

Big nice property with so much potential. Nice large bedrooms. Bonus room in the back of the house. Extra large living and dining areas. Really big backyard area. Detached garage with great potential for ADU. Property is being sold AS-IS. Pictures are coming soon.

## Real Estate Agents

**Name:** Morgan, Andre | ✉ Email
**Phone:** 323-371-6642          **Cell:** 323-371-6642
**CalDRE #:** 02033151
**Office:** Pacific Playa Realty
**Office Phone:** 310-256-3040

**Name:** N/A, N/A
**Phone:** N/A          **Cell:** N/A
**CalDRE #:** N/A
**Office Name:** N/A
**Office Phone:** N/A

## Selling Real Estate Agents

**Name:** N/A, N/A |
**Phone:** N/A          **Cell:** N/A
**Lic #:** N/A
**Office:** N/A
**Office Phone:** N/A

**Name:** N/A, N/A
**Phone:** N/A          **Cell:** N/A
**Lic #:** N/A
**Office Name:** N/A
**Office Phone:** N/A

Last Updated: 6/19/2021 4:10:15 PM

### Similar Listings You May Like:


**5417 Weatherford Dr**
Los Angeles, CA 90008
Bed: 2  Bath: 3 (3,0,0,0)
Sq Feet: 2042
LP: $1,525,000
Distance: 1.62 mi

**4137 Terraza DR**
LOS ANGELES, CA 90008
Bed: 3  Bath: 3 (1,1,1,0)
Sq Feet: 1969
LP: $1,495,000
Distance: 1.46 mi


**5410 Angeles Vista Blvd**
Los Angeles, CA 90043
Bed: 2  Bath: 2 (2,0,0,0)
Sq Feet: 1815
LP: $1,299,900
Distance: 1.52 mi


**4133 Terraza Dr**
Los Angeles, CA 90008
Bed: 3  Bath: 2 (2,0,0,0)
Sq Feet: 2136
LP: $1,850,000
Distance: 1.47 mi

### Recently Sold Listings:


**5732 W BRUSHTON ST**
LOS ANGELES, CA 90008
Bed: 3  Bath: 2 (1,1,0,0)
Sq Feet: 2049
LP: $1,200,000
SP: $1,100,000
Distance: 1.77 mi


**5658 Coliseum St**
Los Angeles, CA 90016
Bed: 3  Bath: 2 (2,0,0,0)
Sq Feet: 2339
LP: $1,599,000
SP: $1,700,000
Distance: 1.81 mi


**4228 W 59Th PL**
LOS ANGELES, CA 90043
Bed: 4  Bath: 2 (2,0,0,0)
Sq Feet: 2065
LP: $1,188,000
SP: $1,005,188
Distance: 1.43 mi


**4647 Don Miguel Dr**
Los Angeles, CA 90008
Bed: 2  Bath: 2 (2,0,0,0)
Sq Feet: 2029
LP: $1,100,000
SP: $980,000
Distance: 1.19 mi

6/21/2021 Multiple Listing Service 'Los Angeles Real Estate - TheMLS.com



| 4233 Don Carlos Dr | LP: $1,999,000 |
| Los Angeles, CA 90008 | Distance: 1.48 mi |
| Bed: 3  Bath: 3 (2,0,1,0) | |
| Sq Feet: 2320 | |

| 4921 Presidio Dr | LP: $1,369,000 |
| View Park, CA 90043 | SP: $1,386,750 |
| Bed: 3  Bath: 3 (2,1,0,0) | Distance: 1.71 mi |
| Sq Feet: 2176 | |

MLS Notice/Fair Housing:
Properties & rentals in this MLS are subject to the Fair Housing Act. It is illegal to advertise any preference, limitation, or discrimination because of race, color, religion, sex, handicap, familial status, or national origin, or intention to make any such preference, limitation or discrimination. This MLS will not knowingly accept any advertising that is in violation of the law. All dwellings advertised are available on an equal opportunity basis. The information provided by Combined LA/Westside Multiple Listing Service, Inc. is intended for the sole and exclusive use of its Participants and Subscribers. The information provided herein is copyrighted in 2021 by Combined LA/Westside Multiple Listing Service, Inc., Los Angeles, California. Any unauthorized use or disclosure to persons or entities other than to authorized Participants and Subscribers is strictly prohibited and a violation of the copyright.

©1995-2021 The MLS™ All rights reserved. Terms of Use | Forms | Rules & Regulations | Feedback | Contact Us | DMCA

| In re: | | CHAPTER: **13** |
|---|---|---|
| **Jonathan L Jones** | Debtor(s). | CASE NUMBER: **2:21-bk-14596-NB** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**4929 Wilshire Blvd, Suite 690
Los Angeles, CA 90010**

A true and correct copy of the foregoing document entitled (*specify*):  **DEBTOR'S REPLY TO OPPOSITION TO DEBTOR'S MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **06/22/2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Kathy A Dockery (TR)    EFiling@LATrustee.com
Erin M McCartney    bankruptcy@zbslaw.com, emccartney@ecf.courtdrive.com
Stephen S Smyth    office@smythlo.com;r58723@notify.bestcase.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **06/22/2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor** - Jonathan L. Jones, 3701 Cherrywood Ave., Los Angeles, California 90018

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **June 22, 2021** | **Michelle Yi** | /s/ Michelle Yi |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                             **9013-3.1.PROOF.SERVICE**