Dane Exnowski, SBN 281996
McCalla Raymer Leibert Pierce, LLP
301 E. Ocean Boulevard, Suite 1720
Long Beach, CA 90802
Telephone: 562-661-5060
Fax: 562-661-5060
Dane.Exnowski@mccalla.com

Attorney for Secured Creditor

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Jonathan L Jones,<br><br><br><br>Debtor. | CASE NO.: **2:21-bk-14596-NB**<br><br>CHAPTER: **13**<br><br>**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**<br><br><u>Confirmation Hearing:</u><br>Date:   8/12/2021<br>Time:   9:30 a.m.<br>Place:  255 E Temple St., Crtrm 1545<br>          Los Angeles, CA 90012 |

**TO THE HONORABLE NEIL W. BASON, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, DEBTOR'S COUNSEL, THE TRUSTEE, AND OTHER INTERESTED PARTIES**

The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2005-AB4 ("Secured Creditor"), as serviced by Shellpoint Mortgage Servicing, the servicing agent hereby objects to the confirmation of the Debtor's Chapter 13 Plan in the above-captioned matter. Secured Creditor is a party in interest as the holder of a secured claim and therefore has standing to object to the Debtor's Chapter 13 Plan. Secured Creditor objects to the Debtor's Chapter 13 Plan on the following grounds:

1. **Secured Creditor's claim relating to the Property.** Secured Creditor's claim is secured by the real property commonly known as 3701 Cherrywood Ave, Los Angeles, CA 90018 (the "Property"). At the time of the bankruptcy petition filing, Secured Creditor's claim was in the

1  approximate amount of $649,043.46, including arrearage in the approximate amount of $4,351.36.
2  Secured Creditor is in the process of preparing its Proof of Claim and will file it on or before the
3  Proof of Claim filing deadline of August 11, 2021.  The Plan proposes to sell the Property; the Plan
4  references an approximate sale time of 6 months but there does not appear to be a deadline by which
5  to sell.

6      2. **Pursuant to 11 U.S.C. § 1322(b)(5), Secured Creditor requests a deadline by which to sell
7  the Property.**  It is unclear whether Secured Creditor's arrears will be repaid via the sale of the
8  Property or simply cured via Debtor's income.  In the event that the Debtor does intend to cure
9  Secured Creditor's arrears via a sale, Secured Creditor requests a deadline by which to sell (6 months
10 from petition date is acceptable to Secured Creditor), rather than an approximation, to avoid Secured
11 Creditor's arrears from remaining unpaid indefinitely for the life of the Plan.

12     **WHEREFORE**, Secured Creditor respectfully requests that:
13     1. Confirmation of Debtor's Chapter 13 Plan be denied; or, in the alternative,
14     2. Debtor's Plan be amended in accordance with this Objection.
15     3. For other such relief as the Court deems just and proper.

16 Dated: June 28, 2021      Respectfully Submitted,
17     McCalla Raymer Leibert Pierce, LLP
18
19 By:    */s/Dane  Exnowski*
20    Dane  Exnowski
21    Attorney for Secured Creditor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**1 N. Dearborn, Suite 1200, Chicago, IL 60602**

A true and correct copy of the foregoing document entitled (*specify*): **OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **6/28/2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| *U.S. Trustee* | *Trustee* | *Debtor's Attorney* |
|---|---|---|
| ustpregion16.la.ecf@usdoj.gov | **Kathy A Dockery** EFiling@LATrustee.com | **Stephen S Smyth** stephen@smythlo.com |

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **6/28/2021**, I *~~served~~ the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by pl~~acing a true and correct copy thereof in a sealed envelope in the~~ United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed. ***caused to be served**

*Debtor*
Jonathan L Jones
3701 Cherrywood Ave
Los Angeles, CA 90018

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **6/28/2021** | Cara Roush | /s/Cara Roush |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                          F 9013-3.1.PROOF.SERVICE